# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PHOENIX RIDGE GA TC, LP,<br><br>                Plaintiff,<br><br>v.<br><br><br>CITY OF ATLANTA, GEORGIA,<br><br>                Defendant. | Civil Case No. 1:23-cv-04511-MHC<br><br>Jury Trial Requested |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Phoenix Ridge GA TC, LP ("Phoenix Ridge") hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following orders of this Court: (i) March 27, 2024 Order [Doc. 16] granting Defendant City of Atlanta's Motion to Dismiss [Doc. 11] and (ii) August 6, 2024 Order [Doc. 35] denying Phoenix Ridge's Motion for Reconsideration [Doc. 20] and Motion to Vacate Judgment and for Leave to Amend Complaint [Doc. 21].

Respectfully submitted this 4th day of September, 2024.

                                                  **BAKER & HOSTETLER LLP**

                                                  By: */s/ Jarvarus A. Gresham*

                                                    **S. Derek Bauer**
                                                    Georgia Bar No. 042537

dbauer@bakerlaw.com
**Kurt E. Lentz**
Georgia Bar No. 804355
Klentz@bakerlaw.com
**Jarvarus A. Gresham**
Georgia Bar No. 873933
jgresham@bakerlaw.com
1170 Peachtree Street, Suite 2400
Atlanta, GA  30309-7676
Telephone: 404.459.0050
Facsimile:  404.459.5734

*Attorneys for Phoenix Ridge GA TC, LP*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

This 4th day of September, 2024.

>  */s/ Jarvarus A. Gresham*
> Jarvarus A. Gresham
> Georgia Bar No: 873933

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused a true and correct copy of the foregoing **NOTICE OF APPEAL** to be electronically filed with the Court using CM/ECF and electronic mail, addressed as follows:

Joe D. Whitley
Joe.Whitley@wbd-us.com
Robert R. Ambler, Jr.
Bob.Ambler@wbd-us.com
Brendan H. White
Brendan.White@wbd-us.com

**WOMBLE BOND DICKINSON (US) LLP**
1331 Spring Street NW, Suite 1400
Atlanta, GA 30309

This 4th day of September, 2024.

/s/ Jarvarus A. Gresham
Jarvarus A. Gresham
Georgia Bar No. 873933